**Scura, Wigfield, Heyer & Stevens, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Ismari Labrada
417 71 st Street
North Bergen, NJ

December 19, 2016

In Reference To: Chapter 13 hourly
Case # C13-00847
Invoice # 40629

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2016 | DLS | Call with client, review documents submitted, instruct paralegal. | 0.40<br>375.00/hr | 150.00 |
|  | JBE | Started working on petition. Email to client re. additional documents. | 2.20<br>150.00/hr | 330.00 |
|  | JR | discussed the case with John E and began preparing the docs for loss mitigation. | 0.60<br>150.00/hr | 90.00 |
| 10/4/2016 | JBE | Filed emergent petition. | 0.10<br>150.00/hr | 15.00 |
|  | JBE | Worked on missing schedules and motion to extend stay. | 2.00<br>150.00/hr | 300.00 |
| 10/6/2016 | DES | Review and revise certification for motion to extend the automatic stay | 0.20<br>375.00/hr | 75.00 |
|  | DLS | Review missing schedules and plan. Make revisions to same and instruct paralegal. Review and revise motion to extend stay. | 1.10<br>375.00/hr | 412.50 |
|  | TA | Paralegal- Set up New client file, enter client Information Into Time Matters & Time Slips. | 0.50<br>150.00/hr | NO CHARGE |
|  | JBE | Email to client re. commerical mortgage. | 0.10<br>150.00/hr | 15.00 |
| 10/10/2016 | AS | Service and Filing of COS for Motion to Extend Automatic Stay | 1.00<br>150.00/hr | 150.00 |

Ismari Labrada                                                                                                    Page    2

|            |     |                                                                                                                                                   | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 10/10/2016 | JBE | Letter to judgment creditor re. case filed. Redacted documents, uploaded to Trustee. Filed missing schedules and motion to reinstate stay. Emails to client and accountant. Drafted 341 letter to client. | 2.00<br>150.00/hr | 300.00 |
|            | AS  | Service and filing of COS for Chapter 13 Plan                                                                                                     | 0.60<br>150.00/hr | 90.00  |
| 10/11/2016 | JR  | drafted and filed Request for loss mitigation along with proposed order. Served all parties involved.                                             | 0.70<br>150.00/hr | 105.00 |
|            | DLS | Communicate with counsel for mortgagee concerning loss mit and instruct paralegal.                                                                | 0.10<br>375.00/hr | 37.50  |
| 10/12/2016 | DLS | Communicate with client concerning payment to student loans.                                                                                      | 0.10<br>375.00/hr | 37.50  |
|            | AS  | Service of Notice of Loss Mitigation program                                                                                                      | 0.30<br>150.00/hr | 45.00  |
| 10/13/2016 | JBE | Email exchange with client re. student loan payments.                                                                                             | 0.20<br>150.00/hr | 30.00  |
| 10/17/2016 | DLS | Call with creditor concerning loss mit options.                                                                                                   | 0.10<br>375.00/hr | 37.50  |
|            | JBE | Email exchange with client re. original signature pages.                                                                                          | 0.20<br>150.00/hr | 30.00  |
| 10/21/2016 | JBE | Review of creditor's objection to our request for LM, email to adversary.                                                                         | 0.30<br>150.00/hr | 45.00  |
| 10/24/2016 | JBE | Review of creditor's objection to loss mitigation. Telephone call with client.                                                                    | 0.20<br>150.00/hr | 30.00  |
| 10/25/2016 | JR  | Filed withdrawal of request for loss mitigation.                                                                                                  | 0.40<br>150.00/hr | 60.00  |
|            | JBE | Review of client's email re. Wells Fargo HELOC documents, saved to server.                                                                        | 0.20<br>150.00/hr | 30.00  |
| 10/26/2016 | AS  | Corrected letter to creditor that was returned in the mail.                                                                                       | 0.20<br>150.00/hr | 30.00  |
| 10/27/2016 | JBE | Telephone call with client. Amended SOFA to include foreclosure lawsuit, filed same. Prepared revised Request for LM, email to client for review and execution. Filed same. | 1.00<br>150.00/hr | 150.00 |
| 10/28/2016 | JBE | Email exchange with client re. payment address for Wells Fargo.                                                                                   | 0.20<br>150.00/hr | 30.00  |

Ismari Labrada                                                                                                Page    3

|            |     |                                                                                                                                                                                  | Hrs/Rate        | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 11/2/2016  | CB  | Reviewed PACER in advance of Motion to Extend the Stay hearing. Discussed Req. for LMP and refiling of the same with JES                                                                         | 0.20 375.00/hr  | 75.00     |
| 11/10/2016 | JBE | Email exchange with client re. sale notice received.                                                                                                                                             | 0.20 150.00/hr  | 30.00     |
| 11/17/2016 | DLS | Communicate with client and paralegal to finalize petition and scheduling signing.                                                                                                               | 0.20 375.00/hr  | 75.00     |
| 11/21/2016 | CB  | Plan and prepare for 341 meeting, scheduled for tomorrow. Reviewed pleadings, PACER, and NDC website. Reviewed WF objection. Discussed case history with JES. Called client to discuss meeting and what to bring | 0.50 375.00/hr  | 187.50    |
| 11/22/2016 | CB  | Drive to and from Newark for 341 hearing (time split with other client)                                                                                                                          | 0.80 150.00/hr  | 120.00    |
|            | CB  | Appearance at 341 meeting (creditor appeared), wait time, and conversations with client regarding case                                                                                           | 0.90 375.00/hr  | 337.50    |
|            | JR  | looked over the loss mitigation package and the missing documents.                                                                                                                               | 0.90 150.00/hr  | 135.00    |
| 12/5/2016  | CB  | Review of Plan Objection filed by Phellan Firm. Reviewed filed Plan and calculations due to objection claiming plan is $950 short                                                                | 0.30 375.00/hr  | 112.50    |
| 12/12/2016 | CB  | Reviewed POC filed by VW Credit on client's automobile. No objection needed.                                                                                                                     | 0.20 375.00/hr  | 75.00     |
| 12/14/2016 | CB  | Plan and prepare for Confirmation hearing, scheduled for tomorrow. Reviewed PACER, NDC website, and filed objections by WF. Checked Judereski POC and claims register. Email to JES regarding PCC and Fee App | 0.60 375.00/hr  | 225.00    |
|            | CB  | Reviewed POC filed by Wells Fargo on 1st mortgage on residence. No objection needed                                                                                                              | 0.30 375.00/hr  | 112.50    |
|            | JBE | Prepared and filed PCC.                                                                                                                                                                          | 0.20 150.00/hr  | 30.00     |
| 12/15/2016 | AS  | Review of Proof of Claim. Saved to server.                                                                                                                                                       | 0.10 150.00/hr  | 15.00     |
|            | CB  | Drive to and from Newark for Confirmation hearing (time split with other clients)                                                                                                                | 0.60 150.00/hr  | 90.00     |
|            | CB  | Court appearance at Confirmation hearing. Plan was confirmed. Email to client                                                                                                                    | 0.50 375.00/hr  | 187.50    |
|            |     | For professional services rendered                                                                                                                                                               | 21.50           | $4,432.50 |

Ismari Labrada                                                                                            Page    4

### Additional Charges :

|  |  | Amount |
|---|---|---:|
| 10/10/2016 | Postage | 10.72 |
|  | Postage | 6.67 |
| 10/12/2016 | Postage | 6.67 |
| 10/17/2016 | Filing Fee | 310.00 |
| 10/18/2016 | Signature Information Solutions- Search | 10.00 |
|  | **Total costs** | **$344.06** |
|  | **Total amount of this bill** | **$4,776.56** |
| 9/30/2016 | Payment - Thank You | ($2,830.00) |
|  | Total payments and adjustments | ($2,830.00) |
|  | **Balance due** | **$1,946.56** |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| DLS - David L. Stevens, Esq. | 2.00 | 375.00 |
| CB - Christopher Balala, Esq. | 3.50 | 375.00 |
| CB - Christopher Balala, Esq. | 1.40 | 150.00 |
| DES. - David E Sklar, Esq | 0.20 | 375.00 |
| AS - Alex Scolavino - Paralegal | 2.20 | 150.00 |
| JBE - John B Esposito - Paralegal | 9.10 | 150.00 |
| JR - Jamal Romero - Paralegal | 2.60 | 150.00 |
| TA - Tami Arce - Paralegal | 0.50 | 0.00 |