Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Ismari Labrada
417 71 st Street
North Bergen, NJ

October 13, 2017

In Reference To: Chapter 13 hourly
Case # C13-00847
Invoice # 42775

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/15/2016 | JR | began to put together the loss mitigation package for the client. | 0.90 150.00/hr | NO CHARGE |
| 12/20/2016 | AS | Review of Fee App. Saved to server. | 0.20 150.00/hr | NO CHARGE |
|  | JR | opened the DMM portal and began to prepare the loss mitigation package to be mailed out to the lender. | 0.50 150.00/hr | 75.00 |
| 12/28/2016 | AS | Review of Proof of Claim. Saved to server. | 0.20 150.00/hr | NO CHARGE |
| 1/3/2017 | AS | Review of COS filed by Wells Fargo. Saved to server. | 0.10 150.00/hr | NO CHARGE |
| 1/4/2017 | CB | Email with client regarding deadline for Complaint of dischargeability | 0.10 375.00/hr | 37.50 |
| 1/5/2017 | CB | Reviewed POC filed by Wells Fargo on commercial property. No objection is needed | 0.30 375.00/hr | 112.50 |
| 1/6/2017 | AS | Review of POC 10. Saved to server. | 0.10 150.00/hr | NO CHARGE |
| 1/9/2017 | JR | contacted the client and sent them the complete loss mitigation package. | 0.80 150.00/hr | NO CHARGE |
| 1/13/2017 | AS | Review of Order Resolving Objection to Confirmation. Saved to server. | 0.10 150.00/hr | NO CHARGE |

Ismari Labrada                                                                                                    Page     2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2017 | CB | Reviewed BK letter from client's email and explained FM course | 0.10<br>375.00/hr | 37.50 |
| | CB | Email with Trustee regarding secured POC filed by WF on behalf of LLC that client personally guaranteed. Email with JES regarding amending schedules | 0.20<br>375.00/hr | 75.00 |
| 1/16/2017 | CB | Receipt of FM Cert and email with client and JES | 0.20<br>375.00/hr | 75.00 |
| | CB | Email with client and discussion with JR regarding status of loan modification | 0.20<br>375.00/hr | NO CHARGE |
| | AS | Review of Ch.13 Trustee Annual Report. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 1/19/2017 | AS | Review of DMM Portal. Spoke with Jamal in regards to the documents the lender is requesting. | 0.20<br>150.00/hr | 30.00 |
| | JR | reviewed the loss mitigation package and submitted it to the lender via DMM portal. | 1.10<br>150.00/hr | NO CHARGE |
| | CB | Email with client regarding 2/20 bar date | 0.10<br>375.00/hr | 37.50 |
| 1/25/2017 | CB | Email with client regarding dischargeability deadline having passed | 0.10<br>375.00/hr | 37.50 |
| 1/30/2017 | AS | Review of Order Granting Fee App. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 2/3/2017 | JR | submitted all the requested documents to the lender. | 0.30<br>150.00/hr | 45.00 |
| 2/13/2017 | AS | Review of Proof of Claim 11. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 2/14/2017 | AS | Review of Proof of CLaim 12. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 2/16/2017 | AS | Service of Application for Extension of Loss Mitigation | 0.30<br>150.00/hr | NO CHARGE |
| 3/3/2017 | CB | Reviewed Claim #11 filed by Wells Fargo. No objection is needed | 0.20<br>375.00/hr | 75.00 |
| 3/23/2017 | JR | reviewed requested documents from the lender and submitted them via DMM portal. | 0.30<br>150.00/hr | 45.00 |
| 4/6/2017 | JR | reviewed the requested documents and submitted them to the lender. | 0.70<br>150.00/hr | NO CHARGE |

Ismari Labrada                                                                                                               Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/12/2017 | JR | reviewed requested documents. Contacted the clients accountant to obatin P&L for 2200. | 0.30 150.00/hr | 45.00 |
| 4/19/2017 | JR | reviewed requested documents and submitted it to the lender. | 0.20 150.00/hr | 30.00 |
| 5/9/2017 | CB | Receipt and review of letter from client's mother regarding threats from creditor Judersky Gonzalez and her fear of physical harm. Advised her to contact the police | 0.20 375.00/hr | 75.00 |
| 5/16/2017 | AS | Application for Extension of Loss Mitigation | 0.80 150.00/hr | 120.00 |
| 6/12/2017 | JR | reviewed requested documents. Communicated with the clients CPA the request for updated P&L. | 0.20 150.00/hr | 30.00 |
| 6/19/2017 | JR | reviewed the requested documents and submitted them to the lender to complete the package. | 0.30 150.00/hr | 45.00 |
| 8/2/2017 | AS | Received Phone Call from Wells Fargo regarding Maturity Date for loan. | 0.10 150.00/hr | NO CHARGE |
| 8/3/2017 | JR | reviewed the requested documents and submitted them to the lender. | 0.60 150.00/hr | NO CHARGE |
| 8/4/2017 | JR | reviewed the requested documents and submitted them to the lender. | 0.80 150.00/hr | NO CHARGE |
| 8/7/2017 | JR | reviewed thw P&L from the accountant James Graves and submitted them to the lender. | 0.20 150.00/hr | 30.00 |
| 8/9/2017 | DES | Communication within firm concerning case status and case strategy | 0.40 375.00/hr | NO CHARGE |
| 8/10/2017 | JR | reviewed requested documents and submitted them to the lender. | 0.50 150.00/hr | NO CHARGE |
| 8/15/2017 | JR | reviewed the requested documents and submitted them to the lender. | 0.20 150.00/hr | 30.00 |
| 8/16/2017 | DLS | Meet with client concerning status of loss mit and discuss length of plan.  Discuss personal gurantee for commercial property. | 0.60 375.00/hr | 225.00 |
|  | JR | met with the client and David S. to discuss the business property and current loan modification status on primary residence. | 0.50 150.00/hr | NO CHARGE |
|  | AS | Application for Extension of Loss Mitigation | 0.80 150.00/hr | NO CHARGE |
| 8/22/2017 | DLS | Review collection complaint, communicate with client, and instruct paralegal. | 0.10 375.00/hr | 37.50 |

Ismari Labrada                                                                                                          Page       4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2017 | JBE | Email exchange with client re. 362 letter. | 0.20<br>150.00/hr | NO CHARGE |
| 8/29/2017 | AS | Drafted 362 Letter for Holy Name Medical Center. Sent over to Plaintiffs attorney to cease collection activty. | 0.30<br>150.00/hr | 45.00 |
| 8/30/2017 | JR | spoke to Kimberly Mitchell about restructuring the loan that is due. POC 10. | 0.20<br>150.00/hr | 30.00 |
|  | JR | reviewed the requested documents and sent them to the WF rep in charge of the loan modification on the 2200 West NY property. | 0.50<br>150.00/hr | 75.00 |
| 9/8/2017 | AS | Review of Trustee's Motion to Dismiss Petition | 0.10<br>150.00/hr | NO CHARGE |
| 9/26/2017 | JR | reviewed the requested documents from the lender. | 0.10<br>150.00/hr | NO CHARGE |
| 9/30/2017 | JBE | Review of Trustee's MTD and revised plan calculations to resolve MTD. | 0.40<br>150.00/hr | 60.00 |
| 10/2/2017 | JBE | Review of Trustee's MTD and NDC. Amended plan and schedules | 0.50<br>150.00/hr | NO CHARGE |
|  | CB | Reviewed Trustee's COD which is based on post-bar date review and Plan payment needing to increase. BTC is needed | 0.20<br>375.00/hr | 75.00 |
| 10/4/2017 | JBE | Drafted opposition to Trustee's MTD, filed same. Prepared amended plan and schedules, filed same. | 1.50<br>150.00/hr | 225.00 |
| 10/5/2017 | AS | Service of Modified CH.13 Plan and filing of COS | 0.50<br>150.00/hr | 75.00 |
|  |  | For professional services rendered | 19.00 | $1,935.00 |

Additional Charges :

| 10/26/2016 | Postage | 0.67 |
|---|---|---|
| 11/22/2016 | Parking and/or Tolls- | 6.50 |
| 12/15/2016 | Parking and/or Tolls- | 4.33 |
|  | Parking and/or Tolls- | 4.33 |
| 12/16/2016 | Loss mit Filing fee | 40.00 |
| 2/16/2017 | Postage | 0.92 |
| 5/16/2017 | Postage | 0.92 |

| Ismari Labrada | Page 5 |
|---|---|
| | Amount |
| 8/16/2017 Postage | 0.92 |
| 8/29/2017 Postage | 0.67 |
| Total costs | $59.26 |
| Total amount of this bill | $1,994.26 |
| Previous balance | $1,946.56 |
| 2/27/2017 Payment - Thank You | ($564.60) |
| 3/20/2017 Payment - Thank You | ($188.20) |
| 4/20/2017 Payment - Thank You | ($376.40) |
| 5/23/2017 Payment - Thank You | ($188.20) |
| 7/25/2017 Payment - Thank You | ($188.20) |
| 8/22/2017 Payment - Thank You | ($376.40) |
| 10/2/2017 Payment - Thank You | ($64.56) |
| Total payments and adjustments | ($1,946.56) |
| Balance due | $1,994.26 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| DLS - David L. Stevens, Esq. | 0.70 | 375.00 |
| CB - Christopher Balala, Esq. | 1.70 | 375.00 |
| CB - Christopher Balala, Esq. | 0.20 | 0.00 |
| DES. - David E Sklar, Esq | 0.40 | 0.00 |
| AS - Alex Scolavino - Paralegal | 1.80 | 150.00 |
| AS - Alex Scolavino - Paralegal | 2.40 | 0.00 |
| JBE - John B Esposito - Paralegal | 1.90 | 150.00 |
| JBE - John B Esposito - Paralegal | 0.70 | 0.00 |
| JR - Jamal Romero - Paralegal | 3.20 | 150.00 |
| JR - Jamal Romero - Paralegal | 6.00 | 0.00 |