Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  16–29047–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ismari Labrada
417 71st Street
North Bergen, NJ 07047

Social Security No.:
xxx–xx–5240

Employer's Tax I.D. No.:

_____

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 20, 2017.

On 4/15/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              May 16, 2019
Time:               08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 16, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-29047-VFP
Ismari Labrada                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 2              Date Rcvd: Apr 16, 2019
                             Form ID: 185             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db         +Ismari Labrada,   417 71st Street,   North Bergen, NJ 07047-5511
cr         +JUDERSKI GONZALEZ,   204 Merry St.,   Hamburg, PA 19526-8929
cr         +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
            Mt. Laurel, NJ 08054-3437
516431175  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bankamerica,   Po Box 982238,   El Paso, TX 79998)
516566212   ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
516431177  +Juderski Gonzalez,   c/o Noah M. Burstein, Esq.,   1244 Sussex Road,   Teaneck, NJ 07666-2807
516431179  +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5363
516431181  +Phelan, Hallinan & Diamond, LLP,   400 Fellowship Road,   Mount Laurel, NJ 08054-3437
516431180  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
            TRENTON NJ 08646-0245
            (address filed with court: New Jersey Division of Taxation,
            Compliance & Enforcement - Bankruptcy,   50 Barrack St., 9th Fl.,   PO Box 245,
            Trenton, NJ 08695)
516431182  +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
516545049  +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
516431186  ++WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
            ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
            Frederick, MD 21701)
516643173  +WELLS FARGO BANK, N.A.,   MAC F8235-02F,   PO BOX 10438,   DES MOINES, IA 50306-0438
516549500   WELLS FARGO BANK, N.A.,   Wells Fargo Bank, N.A.,   Default Document Processing,
            MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516431185  +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
516580156  +Wells Fargo Bank, N.A.,   Law Department,   301 S. College St., 30th FL,   MAC D1053-300,
            Charlotte, NC 28202-6000
516640115   Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
            Des Moines, IA 50306-0438
516522903   Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus  X2303-01A,
            Des Moines, IA 50328-0001
516431187  +Wf Pll,   P.o. Box 94435,   Albuquerque, NM 87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2019 00:56:52     U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2019 00:56:50     United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
516431176   E-mail/Text: cio.bncmail@irs.gov Apr 17 2019 00:56:23     Internal Revenue Service,
            PO Box 7346,   Philadelphia, PA 19101-7346
516431178  +E-mail/PDF: pa_dc_claims@navient.com Apr 17 2019 00:58:17     Navient,   Po Box 9500,
            Wilkes Barre, PA 18773-9500
516539914   E-mail/PDF: pa_dc_claims@navient.com Apr 17 2019 00:59:05     Navient PC TRust,
            c/o Navient Solutions, Inc.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
516539920   E-mail/PDF: pa_dc_claims@navient.com Apr 17 2019 00:58:19     SLM Bank,
            c/o Navient Solutions, Inc.,   PO Box 9640,   Wilkes-Barre, PA 18773-9640
516431183  +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 00:58:56     Syncb/lowes,   Po Box 956005,
            Orlando, FL 32896-0001
516431184  +E-mail/Text: vci.bkcy@vwcredit.com Apr 17 2019 00:56:57     Vw Credit Inc,   1401 Franklin Blvd,
            Libertyville, IL 60048-4460
                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2        User: admin              Page 2 of 2           Date Rcvd: Apr 16, 2019
                           Form ID: 185              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
          Alyssa A. Cimino    on behalf of Creditor JUDERSKI  GONZALEZ acimino@aciminolaw.com
          Andrew L. Spivack   on behalf of Creditor   Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          David L. Stevens    on behalf of Debtor Ismari  Labrada dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay   on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
           jpshay@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Nicholas V. Rogers   on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Sherri Jennifer Smith   on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          William M.E. Powers, III   on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                            TOTAL: 10
```