Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                        Case No.: 16−29047−VFP
                                                        Chapter: 13
                                                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ismari Labrada
    417 71st Street
    North Bergen, NJ 07047

Social Security No.:
    xxx−xx−5240

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        10/1/20
Time:       02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,

COMMISSION OR FEES
$8,823.75

EXPENSES
$108.13

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

      An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 31, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-29047-VFP
Ismari Labrada                                                      Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Aug 31, 2020
                              Form ID: 137             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
db             +Ismari Labrada,    417 71st Street,    North Bergen, NJ 07047-6860
cr             +JUDERSKI GONZALEZ,    204 Merry St,    Hamburg, PA 19526-8929
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516431175     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516566212      ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
516431177     +Juderski Gonzalez,    c/o Noah M. Burstein, Esq.,    1244 Sussex Road,   Teaneck, NJ 07666-2807
516431181     +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516431180    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
516431182     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
516545049     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
516431186    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
516643173     +WELLS FARGO BANK, N.A.,    MAC F8235-02F,    PO BOX 10438,    DES MOINES, IA 50306-0438
516549500      WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516431185     +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
516640115      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516522903      Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus  X2303-01A,
                 Des Moines, IA 50328-0001
516580156     +Wells Fargo Bank, N.A.,    Law Department,    301 S. College St., 30th FL,    MAC D1053-300,
                 Charlotte, NC 28202-6000
516431187     +Wf Pll,    P.o. Box 94435,    Albuquerque, NM 87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 01 2020 00:06:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 01 2020 00:06:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516431176      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 01 2020 00:06:18      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516431178      +E-mail/PDF: pa_dc_claims@navient.com Sep 01 2020 00:12:32      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516431179      +E-mail/PDF: pa_dc_claims@navient.com Sep 01 2020 00:13:14      Navient,
                 123 S Justison St Ste 30,    Wilmington, DE 19801-5363
516539914       E-mail/PDF: pa_dc_claims@navient.com Sep 01 2020 00:11:59      Navient PC TRust,
                 c/o Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516539920       E-mail/PDF: pa_dc_claims@navient.com Sep 01 2020 00:12:00      SLM Bank,
                 c/o Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516431183      +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:13:00      Syncb/lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
516431184      +E-mail/Text: vci.bkcy@vwcredit.com Sep 01 2020 00:06:57      Vw Credit Inc,   1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 31, 2020
                              Form ID: 137             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2020 at the address(es) listed below:
          Alyssa A. Cimino    on behalf of Creditor JUDERSKI   GONZALEZ acimino@aciminolaw.com,
           ciminoar98640@notify.bestcase.com
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          David L. Stevens    on behalf of Debtor Ismari  Labrada dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
           8@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. shay@bbs-law.com,
           jpshay@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 10
```