UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
David L. Stevens, Esq.
dstevens@scura.com

Order Filed on October 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ismari Labrada,

                Debtor

Case No.:    16-29047

Chapter:    13

Judge:    VFP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 6, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____8,823.75_____ for services rendered and expenses in the amount of $_____108.13_____ for a total of $_____8,931.88_____ .  The allowance is payable:

      ☐  through the Chapter 13 plan as an administrative priority.

      ☒  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 16-29047-VFP

Ismari Labrada                                                                                 Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

**Recip ID**           **Recipient Name and Address**
db             + Ismari Labrada, 417 71st Street, North Bergen, NJ 07047-6860

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020                Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa A. Cimino | on behalf of Creditor JUDERSKI GONZALEZ acimino@aciminolaw.com  ciminoar98640@notify.bestcase.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank  N.A. nj.bkecf@fedphe.com |
| David L. Stevens | on behalf of Debtor Ismari Labrada dstevens@scura.com ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor WELLS FARGO BANK  N.A. shay@bbs-law.com, jpshay@gmail.com |

Marie-Ann Greenberg
                    magecf@magtrustee.com

Nicholas V. Rogers
                    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Rebecca Ann Solarz
                    on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

Sherri Jennifer Smith
                    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

William M.E. Powers, III
                    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com


TOTAL: 10