Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER  6, 2021

**Chapter 13 Case # 16-29047**

Re:   ISMARI LABRADA                          Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
      417 71ST STREET                                  1599 HAMBURG TURNPIKE
      NORTH BERGEN, NJ  07047                          WAYNE, NJ  07470

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,940.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|--------------------|------|--------|--------------------|
| 10/18/2016 | $200.00 | 3407251000 - | 11/28/2016 | $200.00 | 3507595000 - |
| 12/21/2016 | $200.00 | 3569232000 - | 01/23/2017 | $200.00 | 3652304000 - |
| 02/16/2017 | $200.00 | 3718628000 - | 03/08/2017 | $200.00 | 3782428000 - |
| 04/14/2017 | $200.00 | 3879447000 - | 05/24/2017 | $200.00 | 3987274000 - |
| 06/19/2017 | $200.00 | 4051351000 - | 07/07/2017 | $200.00 | 4107503000 - |
| 08/08/2017 | $200.00 | 4191738000 - | 10/02/2017 | $200.00 | 4325324000 - |
| 10/13/2017 | $200.00 | 4359024000 - | 10/30/2017 | $365.00 | 4398826000 - |
| 11/29/2017 | $365.00 | 4475951000 - | 12/22/2017 | $365.00 | 4535245000 - |
| 01/18/2018 | $365.00 | 4602061000 - | 02/14/2018 | $365.00 | 4671176000 - |
| 03/20/2018 | $365.00 | 4765915000 - | 04/23/2018 | $365.00 | 4854358000 |
| 05/14/2018 | $365.00 | 4910376000 | 06/12/2018 | $365.00 | 4986480000 |
| 08/14/2018 | $365.00 | 5152420000 | 08/15/2018 | $421.00 | 5155157000 |
| 08/28/2018 | $421.00 | 5185910000 | 09/20/2018 | $421.00 | 5246158000 |
| 10/09/2018 | $421.00 | 5297252000 | 11/01/2018 | $421.00 | 5357337000 |
| 12/03/2018 | $421.00 | 5439701000 | 01/04/2019 | $421.00 | 5517570000 |
| 02/04/2019 | $421.00 | 5593208000 | 03/11/2019 | $421.00 | 5693573000 |
| 04/01/2019 | $421.00 | 5744935000 | 05/02/2019 | $816.00 | 5828985000 |
| 05/31/2019 | $816.00 | 5899631000 | 07/01/2019 | $816.00 | 5973161000 |
| 08/01/2019 | $816.00 | 6053961000 | 08/26/2019 | $816.00 | 6117630000 |
| 10/02/2019 | $816.00 | 6224951000 | 10/31/2019 | $816.00 | 6288565000 |
| 11/27/2019 | $816.00 | 6355945000 | 11/29/2019 | $816.00 | 6355945000 |
| 11/29/2019 | ($816.00) | 6355945000 | 12/31/2019 | $816.00 | 6443373000 |
| 02/05/2020 | $816.00 | 6539619000 | 03/02/2020 | $816.00 | 6601059000 |
| 03/30/2020 | $816.00 | 6670349000 | 04/29/2020 | $816.00 | 6745506000 |
| 05/26/2020 | $816.00 | 6808953000 | 07/02/2020 | $816.00 | 6908920000 |
| 07/27/2020 | $816.00 | 6965241000 | 09/01/2020 | $816.00 | 7055086000 |
| 09/30/2020 | $816.00 | 7121860000 | 10/30/2020 | $816.00 | 7192308000 |
| 11/30/2020 | $816.00 | 7262549000 | 12/29/2020 | $816.00 | 7337200000 |
| 01/29/2021 | $816.00 | 7411075000 | 02/26/2021 | $816.00 | 7478149000 |
| 03/31/2021 | $816.00 | 7561605000 | 04/26/2021 | $816.00 | 7617209000 |

**Chapter 13 Case # 16-29047**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 05/26/2021 | $816.00 | 7693580000 | 07/01/2021 | $816.00 | 7780171000 |
| 07/28/2021 | $816.00 | 7838065000 | 08/25/2021 | $816.00 | 7900378000 |
| 09/23/2021 | $816.00 | 7965275000 | | | |

**Total Receipts: $34,940.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $34,940.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,100.00 | |
| ATTY | ATTORNEY | ADMIN | 5,837.08 | 100.00% | 5,837.08 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANKAMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JUDERSKI GONZALEZ | UNSECURED | 201,172.00 | * | 2,470.38 | |
| 0004 | NAVIENT SOLUTIONS INC | UNSECURED | 37,284.28 | * | 457.85 | |
| 0005 | ECMC | UNSECURED | 60,940.78 | * | 748.35 | |
| 0008 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SYNCB/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | VW CREDIT INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0011 | WELLS FARGO OPERATIONS CENTER | MORTGAGE ARRE | 14,620.09 | 100.00% | 14,620.09 | |
| 0012 | WELLS FARGO BANK, N.A. | MORTGAGE ARRE | 6,582.87 | 100.00% | 6,582.87 | |
| 0013 | WELLS FARGO SERVICING CENTER | UNSECURED | 18,757.46 | * | 230.34 | |
| 0015 | NAVIENT SOLUTIONS INC | UNSECURED | 7,954.64 | * | 97.68 | |
| 0016 | NAVIENT SOLUTIONS INC | UNSECURED | 3,969.02 | * | 48.74 | |
| 0017 | NAVIENT SOLUTIONS INC | UNSECURED | 4,149.95 | * | 50.94 | |
| 0018 | WELLS FARGO BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 13,160.47 | * | 161.59 | |

**Total Paid:  $33,405.91**

See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| ECMC | | | | | | | |
| | 09/16/2019 | $107.87 | 833398 | | 05/17/2021 | $104.39 | 870498 |
| | 06/21/2021 | $132.41 | 872307 | | 07/19/2021 | $134.55 | 874099 |
| | 08/16/2021 | $134.57 | 875782 | | 09/20/2021 | $134.56 | 877525 |
| JUDERSKI GONZALEZ | | | | | | | |
| | 09/16/2019 | $356.08 | 833545 | | 01/03/2020 | ($356.08) | 833545 |
| | 04/19/2021 | $196.34 | 868763 | | 05/17/2021 | $504.33 | 870653 |
| | 06/21/2021 | $437.10 | 872455 | | 07/19/2021 | $444.16 | 874239 |
| | 08/16/2021 | $444.26 | 875930 | | 09/20/2021 | $444.19 | 877676 |
| NAVIENT SOLUTIONS INC | | | | | | | |
| | 09/16/2019 | $65.99 | 832723 | | 09/16/2019 | $14.08 | 832723 |
| | 09/16/2019 | $7.03 | 832723 | | 09/16/2019 | $7.35 | 832723 |
| | 05/17/2021 | $7.11 | 869787 | | 05/17/2021 | $6.80 | 869787 |
| | 05/17/2021 | $13.63 | 869787 | | 05/17/2021 | $63.87 | 869787 |
| | 06/21/2021 | $81.01 | 871546 | | 06/21/2021 | $17.28 | 871546 |
| | 06/21/2021 | $8.62 | 871546 | | 06/21/2021 | $9.02 | 871546 |
| | 07/19/2021 | $9.16 | 873406 | | 07/19/2021 | $8.76 | 873406 |
| | 07/19/2021 | $17.56 | 873406 | | 07/19/2021 | $82.32 | 873406 |
| | 08/16/2021 | $82.34 | 875098 | | 08/16/2021 | $17.57 | 875098 |
| | 08/16/2021 | $8.77 | 875098 | | 08/16/2021 | $9.14 | 875098 |
| | 09/20/2021 | $9.16 | 876818 | | 09/20/2021 | $8.76 | 876818 |

**Chapter 13 Case # 16-29047**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/20/2021 | $17.56 | 876818 | | 09/20/2021 | $82.32 | 876818 |
| WELLS FARGO BANK, N.A. | | | | | | | |
| | 03/19/2018 | $223.08 | 799431 | | 05/14/2018 | $343.46 | 803195 |
| | 06/18/2018 | $690.58 | 805178 | | 07/16/2018 | $345.29 | 807079 |
| | 11/19/2018 | $79.90 | 814808 | | 12/17/2018 | $397.00 | 816712 |
| | 01/14/2019 | $397.00 | 818625 | | 02/11/2019 | $397.00 | 820542 |
| | 03/18/2019 | $397.00 | 822581 | | 04/15/2019 | $397.00 | 824557 |
| | 05/20/2019 | $397.00 | 826619 | | 06/17/2019 | $783.36 | 828500 |
| | 07/15/2019 | $783.36 | 830375 | | 08/19/2019 | $783.36 | 832454 |
| | 09/16/2019 | $168.48 | 834392 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 09/16/2019 | $23.29 | 834395 | | 05/17/2021 | $22.54 | 871383 |
| | 06/21/2021 | $28.59 | 873239 | | 07/19/2021 | $29.13 | 874947 |
| | 08/16/2021 | $28.98 | 876658 | | 09/20/2021 | $29.06 | 878455 |
| WELLS FARGO OPERATIONS CENTER | | | | | | | |
| | 10/21/2019 | $783.36 | 836507 | | 11/18/2019 | $773.57 | 838494 |
| | 12/16/2019 | $773.57 | 840361 | | 01/13/2020 | $1,129.65 | 842265 |
| | 02/10/2020 | $773.57 | 844131 | | 03/16/2020 | $773.57 | 846086 |
| | 04/20/2020 | $773.57 | 848058 | | 05/18/2020 | $773.57 | 849787 |
| | 06/15/2020 | $734.40 | 851492 | | 07/20/2020 | $734.40 | 853376 |
| | 08/17/2020 | $754.80 | 855179 | | 10/19/2020 | $1,509.60 | 858901 |
| | 11/16/2020 | $754.80 | 860666 | | 12/21/2020 | $754.80 | 862582 |
| | 01/11/2021 | $754.80 | 864133 | | 02/22/2021 | $754.80 | 866110 |
| | 03/15/2021 | $754.80 | 867677 | | 04/19/2021 | $558.46 | 869599 |
| WELLS FARGO SERVICING CENTER | | | | | | | |
| | 09/16/2019 | $33.20 | 832674 | | 05/17/2021 | $32.13 | 869755 |
| | 06/21/2021 | $40.76 | 871514 | | 07/19/2021 | $41.41 | 873378 |
| | 08/16/2021 | $41.42 | 875067 | | 09/20/2021 | $41.42 | 876787 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 06, 2021.

Receipts: $34,940.00    -    Paid to Claims: $25,468.83    -    Admin Costs Paid: $7,937.08    =    Funds on Hand: $1,534.09

Base Plan Amount: $34,940.00    -    Receipts:  $34,940.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.