| **Information to identify the case:** | |
|---|---|
| Debtor 1: Ismari Labrada (First Name Middle Name Last Name) | Social Security number or ITIN: xxx–xx–5240<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of New Jersey | |
| Case number: 16–29047–VFP | |

# Order of Discharge                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ismari Labrada

12/7/21                                                      **By the court:** Vincent F. Papalia
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-29047-VFP
Ismari Labrada  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 07, 2021 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ismari Labrada, 417 71st Street, North Bergen, NJ 07047-6860 |
| cr | + | JUDERSKI GONZALEZ, 204 Merry St, Hamburg, PA 19526-8929 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516431177 | + | Juderski Gonzalez, c/o Noah M. Burstein, Esq., 1244 Sussex Road, Teaneck, NJ 07666-2807 |
| 516431179 | + | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 516431181 | + | Phelan, Hallinan & Diamond, LLP, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 516545049 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516431175 | | EDI: BANKAMER.COM | Dec 08 2021 01:23:00 | Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 516566212 | | EDI: ECMC.COM | Dec 08 2021 01:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516431176 | + | EDI: IRS.COM | Dec 08 2021 01:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516431178 | + | EDI: NAVIENTFKASMSERV.COM | Dec 08 2021 01:33:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 516539914 | | EDI: NAVIENTFKASMSERV.COM | Dec 08 2021 01:33:00 | Navient PC TRust, c/o Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516539920 | | EDI: NAVIENTFKASMSERV.COM | Dec 08 2021 01:33:00 | SLM Bank, c/o Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516431180 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 07 2021 20:30:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 516431182 | + | EDI: CITICORP.COM | Dec 08 2021 01:33:00 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 516431183 | + | EDI: RMSC.COM | Dec 08 2021 01:33:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 516431184 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 07 2021 20:30:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 516431186 | | EDI: WFFC.COM | Dec 08 2021 01:33:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 516549500 | + | EDI: WFFC.COM | Dec 08 2021 01:33:00 | WELLS FARGO BANK, N.A., MAC |

Case 16-29047-VFP    Doc 147    Filed 12/09/21    Entered 12/10/21 00:13:49    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 516643173 | + EDI: WFFC.COM | | Dec 08 2021 01:33:00 | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 516431185 | + EDI: WFFC.COM | | Dec 08 2021 01:33:00 | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 516580156 | + EDI: WFFC.COM | | Dec 08 2021 01:33:00 | Wells Fargo Bank, N.A., Law Department, 301 S. College St., 30th FL, MAC D1053-300, Charlotte, NC 28202-6000 |
| 516522903 | EDI: WFFC.COM | | Dec 08 2021 01:33:00 | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 516640115 | EDI: WFFC.COM | | Dec 08 2021 01:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516431187 | + EDI: WFFC.COM | | Dec 08 2021 01:33:00 | Wf Pll, P.o. Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021                         Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa A. Cimino | on behalf of Creditor JUDERSKI GONZALEZ acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| David L. Stevens | on behalf of Debtor Ismari Labrada dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor WELLS FARGO BANK  N.A. shay@bbs-law.com, jpshay@gmail.com |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 07, 2021 | Form ID: 3180W | Total Noticed: 27 |

    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Nicholas V. Rogers
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com


TOTAL: 12