| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

**Order Filed on August 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

**ORDER TO REOPEN CASE AND AVOID LIEN(S) IN A
CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 350 & §522(f)**

The relief set forth on the following pages is **ORDERED**.

**DATED: August 28, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of ─────────────────────────────────────── , to reopen this case and cancel and discharge a judgment lien, and due notice having been given, and for good cause shown,

ORDERED as follows:

1. This case is reopened for the limited purpose of filing a motion to discharge and cancel a judgment lien.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within 28 days for closing eligibility. The case may be closed thereafter if no further motion or application is filed.

The successful party shall serve this Order on Juderski Gonzalez and his counsel, the debtor, any trustee and all parties who entered an appearance on this motion; and it is

FURTHER ORDERED;

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____417  71st Street, North Bergen, New  Jersey___ , and it is hereby furthern

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. _Juderski Gonzalez v. Ismari Labrada judgment No. J-119018-16_ _____
;and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*Rev. 5/1/2019*