| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1 Harmon Meadow Blvd., Suite 201<br>Secaucus, New Jersey 07094<br>Email: jromero@scura.com<br>Jamal J. Romero, Esq.<br>Counsel for Debtor | **Order Filed on August 28, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

| | |
|---|---|
| In Re:<br><br>Ismari Labrada,<br><br>Debtor. | Case No.: 16-29047<br>Hearing Date: 7/20/2023 @ 10am<br>Judge: VFP<br>Chapter: 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER TO REOPEN CASE AND AVOID LIEN(S) IN A
CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 350 & §522(f)**

The relief set forth on the following pages is **ORDERED**.

**DATED: August 28, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____the Debtor_____, to reopen this case and cancel and discharge a judgment lien, and due notice having been given, and for good cause shown,

ORDERED as follows:

1. This case is reopened for the limited purpose of filing a motion to discharge and cancel a judgment lien.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within 28 days for closing eligibility. The case may be closed thereafter if no further motion or application is filed.

The successful party shall serve this Order on Juderski Gonzalez and his counsel, the debtor, any trustee and all parties who entered an appearance on this motion; and it is

FURTHER ORDERED;

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____417 71st Street, North Bergen, New Jersey___, and it is hereby furthern

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. _Juderski Gonzalez v. Ismari Labrada judgment No. J-119018-16_____
;and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*Rev. 5/1/2019*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-29047-VFP
Ismari Labrada  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 28, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ismari Labrada, 417 71st Street, North Bergen, NJ 07047-6860 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyssa A. Cimino | on behalf of Creditor JUDERSKI GONZALEZ acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| David L. Stevens | on behalf of Debtor Ismari Labrada dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Ismari Labrada jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scu |

| | |
|---|---|
| | ra.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| James Patrick Shay | on behalf of Creditor WELLS FARGO BANK N.A. shay@bbs-law.com, jpshay@gmail.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 13